IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROBIN MORTON,<br><br>Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 9:15-CV-22-M-DLC-JCL<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the above-entitled action has been fully and finally compromised and settled upon the merits, and said counsel do hereby move the Court for its Order dismissing the above-entitled action with prejudice, each party to bear his or her own costs.

DATED this 11th day of December, 2015.

KAUFMAN VIDAL HILEMAN ELLINGSON, P.C.

By: _____
David G. Tennant
Attorney for Plaintiff

U.S. ATTORNEY'S OFFICE

By: _____
Melissa A. Hornbein
Attorney for Defendant

STIPULATION FOR DISMISSAL WITH PREJUDICE                                    PAGE 1